# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA CAVANAUGH | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 19-2014 |
| v. | : | |
| | : | |
| ETHICON, INC., *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 16th day of December 2019, upon consideration of the *motion to dismiss pursuant to the Biomaterials Access Assurance Act*, [ECF 3], filed by Defendants Secant Medical, Inc. and Secant Medical, LLC ("the Secant Defendants"), Plaintiff's response in opposition thereto, [ECF 6], the Secant Defendants' reply, [ECF 9], the Secant Defendants' supplemental authority, [ECF 12], and the allegations in Plaintiff's operative complaint, [ECF 1, Exs. A, B], it is hereby **ORDERED** that the motion to dismiss is **GRANTED**, and the claims against the Secant Defendants *only* are **DISMISSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*